# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TERRA BELLA BLUE PROPERTIES, LLC, | 2:12-cv-1002-LDG-CWH |
| Plaintiff, | |
| v. | **ORDER** |
| GREAT WESTERN BANK, | |
| Defendant. | |
| AND RELATED CLAIMS. | |

Plaintiff/Counterdefendant Terra Bella Blue Properties, LLC's, emergency motion for preliminary injunction has recently been brought to the court's attention. The emergency relates to a sheriff's sale of real property which is scheduled for October 2, 2012. Because there has been insufficient time for this motion to have been responded to, and good cause appearing,

THE COURT HEREBY ORDERS that the Sheriff's Sale of "Common Element P" as identified in this action is TEMPORARILY ENJOINED pending determination of the emergency motion for preliminary injunction, which shall be considered for hearing after briefing on the motion has been finalized.

Dated this ___ day of October, 2012.

_____
Lloyd D. George
United States District Judge