| | |
|---|---|
| 1 | Lance C. Earl, Esq. |
| | Nevada Bar No. 2695 |
| 2 | Patrick J. Reilly, Esq. |
| | Nevada Bar No. 6103 |
| 3 | Joseph G. Went, Esq. |
| | Nevada Bar No. 9220 |
| 4 | HOLLAND & HART LLP |
| | 9555 Hillwood Drive |
| 5 | Second Floor |
| | Las Vegas, Nevada 89134 |
| 6 | Telephone: (702) 669-4600 |
| | Facsimile: (702) 669-4650 |
| 7 | preilly@hollandhart.com |

*Attorneys for Great Western Bank*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TERRA BELLA BLUE PROPERTIES, LLC, a Nevada limited liability company, | Case No.: 2:12-cv-01002-LDG-CWH |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| GREAT WESTERN BANK, a South Dakota corporation, DOES 1-10, and ROE ENTITIES 1-10, inclusive, | |
| Defendants. | |
| GREAT WESTERN BANK, a South Dakota corporation, | |
| Counterclaimant, | |
| vs. | |
| TERRA BELLA BLUE PROPERTIES, LLC, a Nevada limited liability company; TERRA BELLA AT ANTHEM HOMEOWNERS' ASSOCIATION, | |
| Counterdefendants. | |

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff/Counterdefendant Terra Bella Blue Properties, LLC, a Nevada limited liability company, and

Stipulation and Order to Dismiss - v1 (2).DOCX

*(Left margin: Holland & Hart LLP, 9555 Hillwood Drive, Second Floor, Las Vegas, Nevada 89134)*

Counterdefendant Terra Bella At Anthem Homeowners Association, by and through their attorneys, the law firm of Gerrard Cox & Larsen, and Defendant/Counterclaimant Great Western Bank, a South Dakota corporation, by and through its attorneys, the law firm of Holland & Hart LLP, that the above-captioned matter be dismissed, with prejudice, with the parties to each bear their own attorneys' fees and costs.

DATED this 11th day of March, 2013.

HOLLAND & HART LLP

By: _____
Lance C. Earl, Esq.
Nevada Bar No. 2695
Patrick J. Reilly, Esq.
Nevada Bar No. 6103
Joseph G. Went, Esq.
Nevada Bar No. 9220
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134

*Attorneys for Defendant / Counterclaimant*

DATED this 11th day of March, 2013.

GERRARD COX & LARSEN

By: _____
Douglas D. Gerrard, Esq.
Sheldon A. Herbert, Esq.
Gerrard Cox & Larsen
2450 St. Rose Parkway, Suite 200
Henderson, Nevada 89074

*Attorneys for Plaintiff and Counterdefendants*

## ORDER

IT IS SO ORDERED.

DATED this 13 day of March, 2013.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted by:
**HOLLAND & HART LLP**

_____
Lance C. Earl, Esq.
Patrick J. Reilly, Esq.
Joseph G. Went, Esq.
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134

*Attorneys for Defendant / Counterclaimant*